IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 06-cv-4094-JPG |
| | ) |
| JANET MARIE DYE and EFFINGHAM AMBULATORY SURGICAL TREATMENT CENTER, | ) ) ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

This matter having come before the Court, and the Court having granted the plaintiff's motion voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated:  July 13, 2007         by:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**